IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EDDIE FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 323-056 |
| | ) |
| GEORGIA DEPARTMENT OF | ) |
| CORRECTIONS and STATE OF GEORGIA, | ) |
| | ) |
| Defendants. | ) |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court provided Plaintiff with instruction and opportunity to clarify whether he intended to pursue a § 1983 complaint, a § 2254 petition, or both. (Doc. no. 4, p. 2.) Because Plaintiff elected to proceed with a § 2254 petition, which the Clerk opened as a new civil action, the Court **REPORTS** and **RECOMMENDS** the above-captioned case be **DISMISSED** without prejudice, the motion to proceed IFP be **DENIED AS MOOT**, (doc. no. 2), and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 21st day of August, 2023, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA