IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDDIE FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-056 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS and STATE OF GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** the above-captioned case without prejudice, **DENIES AS MOOT** the motion to

proceed *in forma pauperis*, (doc. no. 2), and **CLOSES** this civil action.

SO ORDERED this 20ᵗʰ day of September, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE